**GAMCO ASSET MANAGEMENT INC.,**
Plaintiff Below, Appellant,

v.

**IHEARTMEDIA INC.,** iHeart Communications, Inc., Bain Capital Partners, LLC, Thomas H. Lee Partners, L.P., Robert W. Pittman, Vincente Piedrahita, Blair Hendrix, Daniel G. Jones, Olivia Sabine, Christopher Temple, Dale W. Tremblay and Douglas L. Jacobs, Defendants Below, Appellees.

and

**Clear Channel Outdoor Holdings, Inc., Nominal Defendant Below, Appellee.**

No. 593, 2016 D

Supreme Court of Delaware.

Submitted: October 11, 2017
Decided: October 12, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 12312–VCS

AFFIRMED.

Isaiah **FIELDS**, Defendant Below, Appellant,

v.

**STATE of Delaware,** Plaintiff Below, Appellee.

No. 236, 2017

Supreme Court of Delaware.

Submitted: July 20, 2017

Decided: October 12, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1506013874 (S)

GRANTED. AFFIRMED.